Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MOORE,

                    Plaintiff,

        v.

EFFECTUAL INC,

                    Defendants.

CASE NO. 3:23-cv-05210

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP 26(a)(2)

Pursuant to Fed. R. Civ. P. 26(a)(2), the following identified or described persons may be called by the Plaintiff to testify at trial.

## GENERAL DISCLOSURE STATEMENT

Plaintiff reserves the right to call any individual previously disclosed in Plaintiff's Initial Disclosures Pursuant to FRCP 26(a)(1) dated July 6, 2023.

**A**.    Plaintiff reserves the right to call any individual disclosed in Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1) dated July 5, 2023.

**B**.    Plaintiff has not yet identified his expert witnesses.  Discovery is ongoing and Plaintiff reserves the right to supplement this Plaintiff's Disclosure of Expert Testimony.

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
PURSUANT TO FRCP 26(a)(2) - Page 1

PARKER REICH
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98464
(253) 733-0035
FAX (253) 369-4432

Plaintiff reserves the right to call any and all individuals with knowledge pertaining to the facts and circumstances and all relevant issues in this matter, and to elicit from any such witness not only fact testimony but such opinions as he or she may have relevant to this case, including but not limited to the nature and extent of Plaintiff's damages, and specifically concerning the recruitment, employment and termination of Plaintiff by Defendant and its employees, agents or assigns.

Plaintiff may also present opinions of any experts whom have been or may be deposed, regarding the Plaintiff's damages.

C.    **Statement of Plaintiff's Claims**.

In July, 2021, Defendant Effectual, Inc. began recruiting Plaintiff Moore for a sales position to have a presence in the Pacific Northwest. At the time defendant Effectual Inc. began recruiting Plaintiff Moore was employed at Tricentis and was a top-producing sales representative.

On August 27, 2021, Plaintiff Jason Moore signed an Offer of Employment letter Defendant Effectual Inc.  Plaintiff Moore started his employment at Effectual on October 4, 2021. Subsequently, on October 8, 2021, Defendant Effectual Inc. published and began implementing Covid-19 Vaccination Policy as a requirement of employment. Had defendant Effectual, Inc. advised Plaintiff Moore that vaccination was to be a condition of employment at any time between August 27, 2021, and September 30, 2021, (Plaintiff's final date at his previous company), Plaintiff Moore could have and would have chosen to remain employed with Tricentis, which required no covid-19 vaccination, rather than accept the job with Effectual, Inc.

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
PURSUANT TO FRCP 26(a)(2) - Page 2

PARKER REICH
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98464
(253) 733-0035
FAX (253) 369-4432

Effectual Inc.'s covid-19 published vaccination policy allowed for religious exemptions. On October 14, 2021, plaintiff Moore submitted his request for religious exemption. Defendant Effectual, Inc. did not consider Plaintiff Moore's written request for a religious exemption and terminated Plaintiff Moore's employment at Effectual, Inc. effective October 14, 2021.

The Defendant's aforementioned conduct caused the Plaintiff to incur damages including but not limited to lost wages, loss of benefits, emotional distress, humiliation, loss of professional standing, and loss of career advancement opportunities, loss of chance of a better outcome, and all other applicable damages allowed under Washington State law in amounts to be proven at the time of trial.

**D**.    **Expert Witnesses**.    Plaintiff has not yet identified his expert witnesses. Discovery is ongoing and Plaintiff reserves the right to supplement this Plaintiff's Disclosure of Expert Testimony.

Plaintiff reserves the right to call any expert witness disclosed by the other parties to this action.  The following persons named or described below are treating physicians or have been retained or contacted by Plaintiff's counsel as consulting experts within the meaning of CR 26(b)(5).  Plaintiff reserves the right to call any or all of them to give expert opinion testimony at trial, or to strike them as possible trial witnesses.

Plaintiff does not consent to ex parte contact between defendants or defense counsel and any of these persons or with any of these person's staff.  Each expert would base his or her opinion and testimony on his or her professional training and experience and on review of the records and files herein, and on deposition testimony and other discovery information.

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
PURSUANT TO FRCP 26(a)(2) - Page 3

PARKER REICH
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98464
(253) 733-0035
FAX (253) 369-4432

**E**.    <u>General Disclosure</u>.  Plaintiff reserves the right to supplement this disclosure as discovery continues and depositions become available for experts to review.

Plaintiff reserves the right to supplement this disclosure if any more pertinent information becomes available.    Each expert who is listed provides an authored report/declaration that is signed, which includes their opinions.  Experts will be testifying based upon their own personal experience, education and learning.  In addition, they will be testifying based upon their review of records and files herein, and depositions of the parties and witnesses.  They will review all depositions in this case that may add to their opinions.

DATED this 16th day of October, 2023.

ADVOCATES LAW GROUP, PLLC

/s/ *Parker Reich*
PARKER REICH, WSBA No. 35500
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98363
Phone: (253) 733-0035
Fax (253) 369-4432
Email: Preich@advocateslg.com
Attorney for Plaintiff

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
PURSUANT TO FRCP 26(a)(2) - Page 4

PARKER REICH
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98464
(253) 733-0035
FAX (253) 369-4432

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date noted below, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following CM/ECF participant:

Adam T. Pankratz, WSBA# 50951
Emma A. Healey, WSBA# 58384
Ogletree, Deakins, Nash, Smoak & Steward, PC
1202 Third Avenue, Suite 5150
Seattle, WA  98101
206-693-7053
206-693-7058 FAX
adam.pankratz@ogletree.com;
emma.healey@ogletree.com;
cheryl.kelley@ogletree.com;
seadocketing@ogletree.com

DATED this 16th day of October, 2023, at Spokane, Washington.

*/s/ Marilyn Zimmerman*
Marilyn Zimmerman, paralegal

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
PURSUANT TO FRCP 26(a)(2) - Page 5

PARKER REICH
Advocates Law Group, PLLC
PO Box 65812
Tacoma, WA  98464
(253) 733-0035
FAX (253) 369-4432